No. 77–5509.  DILLINGHAM v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–5532.  RAMIREZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–5540.  ROBINSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 77–5560.  GAULDEN v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 77–5593.  REESE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 77–5598.  FRANKLIN v. MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 77–5601.  GREENE v. HOGAN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–5615.  GREEN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 77–5643.  MORALES v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 77–5644.  JENKINS v. DISTRICT OF COLUMBIA.  Ct. App. D. C.  Certiorari denied.

No. 77–5646.  THOMPSON v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 77–5648.  CRUZ ET AL. v. WARD, CORRECTIONAL COMMISSIONER, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 77–5650.  BURRELL v. AARON, WARDEN.  C. A. 10th Cir.  Certiorari denied.